# Supreme Court of Florida

WEDNESDAY, NOVEMBER 23, 2022

**CASE NO.: SC20-366**
Lower Tribunal No(s).:
4D18-3014; 562009CA006060AXXXHC

R.J. REYNOLDS TOBACCO
COMPANY
    vs.    JACQUELINE P. BURGESS, ETC.

| Petitioner(s) | Respondent(s) |
|---|---|

Upon review of the response to this Court's order to show cause dated May 18, 2022, and the reply, it is ordered that the petition for review is hereby dismissed.

MUÑIZ, C.J., and CANADY, POLSTON, COURIEL, and GROSSHANS, JJ., concur.
LABARGA, J., concurs in result with an opinion.
FRANCIS, J., did not participate.

NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION AND, IF FILED, DETERMINED.

LABARGA, J., concurring in result.

Given the parties' resolution of this case and their mutual request to dismiss this matter, I concur with this Court's order dismissing this case.

Nonetheless, I reaffirm my dissent to this Court's holding in *Prentice v. R.J. Reynolds Tobacco Co.*, 338 So. 3d 831 (Fla. 2022), because I strongly believe that proof of fraudulent concealment in an

*Engle*-progeny case does not require proof of reliance on a specific

statement by an *Engle* defendant.

A True Copy
Test:



John A. Tomasino
Clerk, Supreme Court

ks
Served:

JASON T. BURNETTE
GARY M. PAIGE
CHARLES R. A. MORSE
DAVID J. SALES
TROY A. FUHRMAN
RANDY ROSENBLUM
CASSANDRA A. CASTELLANO-LOMBARD
MARIE A. BORLAND
JAMES W. GUSTAFSON JR.
JOHN P. WIEDERHOLD
HON. LONN WEISSBLUM, CLERK
HON. MICHELLE MILLER, CLERK
JACQUELINE M. PASEK
HON. LAWRENCE STEVEN SCHACK, JUDGE
KEVIN D. BOYCE
THERON HARDEE BASS, III